THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MOHAMMED ABUHARBA,

          **Plaintiff,**

v.

ANTHONY WILLS, *et al.*,

          **Defendants.**

Case No. 23-cv-1138-GCS

**MEMORANDUM & ORDER**

**SISON, Magistrate Judge:**

    This matter is before the Court on Plaintiff Mohammed Abuharba's motion for additional steps (Doc. 22) to identify the John Doe placement officer. Plaintiff Abuharba, an inmate of the Illinois Department of Corrections ("IDOC") who is currently incarcerated at Pontiac Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983 based on events that occurred at Menard Correctional Center ("Menard"). Plaintiff was allowed to proceed on a claim related to his conditions of confinement while in quarantine for COVID-19. (Doc. 11).

    As part of his claim, Plaintiff alleged that a John Doe placement officer assigned him to quarantine in a condemned building. Plaintiff was allowed to pursue discovery to identify the John Doe placement officer. He alleged the John Doe was a staff member working as a placement officer on December 1, 2020, during the 7:00 a.m. to 3:00 p.m. shift. In response to Plaintiff's request for discovery, Defendant Anthony Wills alleged that he could not identify the placement officer and, instead, provided a roster sheet for December 1st. (Doc. 21). The roster sheet contains the names and positions of every staff

member who worked on December 1st and is 68 pages in length. The Court has reviewed the roster sheet, and there is no indication as to the title of the official who made placement decisions at the prison on that date. The Court finds Defendant's response lacking. The response does not direct Plaintiff to a job title for the individual who would have made placement decisions, nor does it provide any further information as to the person responsible for making such decisions at the prison. Thus, the Court **GRANTS** Plaintiff's motion for additional steps and **ORDERS** Defendant Wills to file an updated notice, identifying the individual(s) who would be responsible for making placement decisions at the prison on the day in question. Defendant's response is due **October 17, 2023**.

**IT IS SO ORDERED.**

DATED: October 3, 2023.

Digitally signed by Judge Sison
Date: 2023.10.03 12:53:12 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**